IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
RENO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILLIAM M LAWSON | § | CASE NO. 09-53256-GWZ-13 |
| DEBRA L LAWSON | § | CHAPTER 13 |
| | § | |
| | § | JUDGE GREGG W. ZIVE |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

      USAA
      P. O. Box 829009
      Dallas, Texas 75382-9009

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 7175-N-4466
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for USAA

## CERTIFICATE OF SERVICE

    I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before October 23, 2009:

**Debtors' Attorney**
Scott N Tisevich
Attorney At Law
241 RIDGE STREET SUITE 300
RENO, NV  89501

**Chapter 13 Trustee**
William A. Van Meter
Post Office Box 6630
Reno, Nevada 89513

**U.S. Trustee**
Office of the US Trustee
650 Capitol Mall, Room 6556
Sacramento, California 95814-4706

 

/s/ Hilary B. Bonial
_____

Hilary B. Bonial

7175-N-4466
noaelect